IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH BOURBEAU, et al. <br><br> Plaintiffs, <br><br> v. <br><br> THE JONATHAN WOODNER CO., <br><br> Defendant. | Civil Action No. 1:07CV00164 <br> Judge: Paul L. Friedman |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE
BRIEF IN OPPOSITION TO MOTION TO DISMISS**

Plaintiffs Sarah Bourbeau and The Equal Rights Center ("Plaintiffs") respectfully move this Court for an extension of time, until March 23, 2007, in which to file their brief in opposition to Defendant, The Jonathan Woodner Company's Motion to Dismiss Complaint For Failure to State a Claim for Which Relief May Be Granted. Good cause for this motion is established by the following facts:

1. Plaintiffs served their complaint in this action upon the defendant on February 1, 2007.

2. Defendant filed its Motion to Dismiss on February 16, 2007. Plaintiffs, by and through their counsel, were served electronically the same day.

3. Under Rule 7(b) of the Rules of the District Court for the District of Columbia, and Rule 6(e) of the Federal Rules of Civil Procedure, Plaintiffs' opposition brief is due March 2, 2007.

4. The extension of time to March 23, 2007 is requested because lead counsel for Plaintiffs will be out of the country from February 27, 2007 until March 17, 2007, and thus will be unable to assist with the preparation of the Memorandum and Points and

Authorities in support of Plaintiffs' opposition for much of the period allotted for the reply.

5.  By telephone on February 21, 2007, Plaintiffs' counsel informed Defendant's counsel of Plaintiffs' intention to seek the instant extension. Defendant's counsel had no objection to the proposed extension.

Accordingly, Plaintiffs respectfully request that this Court extend the time for filing Plaintiffs' brief in opposition to Defendant's Motion to Dismiss Complaint for Failure to State a Claim For Which Relief May Be Granted from March 2, 2007 to Friday, March 23, 2007.

Respectfully Submitted,

_____
Robert M. Bruskin (D.C. Bar No. 164293)
Isabelle M. Thabault (D.C. Bar No. 318931)
Donald L. Kahl (D.C. Bar No. 489472)
Washington Lawyers' Committee
For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: 202-319-1000 / Fax: 202-319-1010
Bob_Bruskin@washlaw.org
Isabelle_Thabault@waashlaw.org
Don_Kahl@washlaw.org

Thomas A. Reed (D.C. Bar No. 435258)
Jonathan Smith (D.C. Bar No. 500145)
Jenée Desmond-Harris
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1735 New York Ave., N.W., Suite 500
Washington, DC 200006
Tel: 202-661-1700 / Fax: 202-331-1024
thomas.reed@klgates.com

Dated: March 1, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2007, I caused a true and correct copy of the foregoing Unopposed Motion To Extend Time To File Brief in Opposition to Motion to Dismiss to be served electronically and by first class mail postage prepaid on the following attorney of record:

Roger D. Luchs, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W., Suite 900
Washington, D.C. 20036-5606
rdl@gdllaw.com

 

_/s/ Donald L. Kahl_
Donald L. Kahl (D.C. Bar No. 489472)
Washington Lawyers' Committee
For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: 202-319-1000 / Fax: 202-319-1010
Don_Kahl@washlaw.org

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH BOURBEAU, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:07CV00164 |
| ) | Judge: Paul L. Friedman |
| v. ) | |
| ) | |
| THE JONATHAN WOODNER CO., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion to Extend Time to File Brief in Opposition to Motion to Dismiss and for good cause shown, it is hereby

ORDERED that Plaintiffs' motion is GRANTED. Plaintiffs Sarah Bourbeau and the Equal Rights Center shall file their reply brief in opposition to Defendant's Motion to Dismiss Complaint For Failure to State a Claim for Which Relief May Be Granted on or before March 23, 2007.

SO ORDERED this _____ day of _____ 2007.

_____
The Hon. Paul L. Friedman
United States District Judge

Serve copies of order on:

Richard W. Luchs #243931
Roger D. Luchs #347609
1620 L Street, N.W.
Suite 900
Washington, DC 20036
Telephone: (202) 452-1400
rdl@gdllaw.com


Isabelle M. Thabault (D.C. Bar No. 318931)
Robert M. Bruskin (D.C. Bar No. 164293)
Donald L. Kahl (D.C. Bar No. 489472)
Washington Lawyers' Committee
For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: 202-319-1000 / Fax: 202-319-1010
isabelle_thabault@washlaw.org
Bob_Bruskin@washlaw.org
Don_Kahl@washlaw.org


Thomas A. Reed (D.C. Bar No. 435258)
Jonathan Smith (D.C. Bar No. 500145)
Jenée Desmond-Harris
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1735 New York Ave., N.W., Suite 500
Washington, DC 200006
Tel: 202-661-1700 / Fax: 202-331-1024
thomas.reed@klgates.com