IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH BOURBEAU, et al. ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 1:07CV00164 |
| ) | Judge: Paul L. Friedman |
| v. ) | |
| ) | |
| THE JONATHAN WOODNER CO., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

Please note the appearance of Donald L. Kahl, Esq. for Plaintiffs, Sarah Bourbeau and the Equal Rights Center in the above-referenced matter. In accordance with LCvR 83.6 of the United States District Court for the District of Columbia, I certify that I am a member of the bar of the District of Columbia (Bar No. 489472) and the bar of the United States District Court for the District of Columbia. I am in good standing within the legal profession.

DATED: March 1, 2007

Respectfully Submitted,

_____
Donald L. Kahl (D.C. Bar No. 489472)
Washington Lawyers' Committee
For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: 202-319-1000 / Fax: 202-319-1010
Don_Kahl@washlaw.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2007, I caused a true and correct copy of the foregoing Notice of Appearance to be served on the following attorney of record by electronic mail:

Roger D. Luchs, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W., Suite 900
Washington, D.C. 20036-5606
rdl@gdllaw.com

                                                  /s/ Donald L. Kahl
Donald L. Kahl (D.C. Bar No. 489472)
Washington Lawyers' Committee
For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: 202-319-1000 / Fax: 202-319-1010
Don_Kahl@washlaw.org