IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARAH BOURBEAU, et al. )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE JONATHAN WOODNER CO., )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07CV00164<br>Judge: Paul L. Friedman |

**ERRATA NOTICE**

Plaintiffs hereby submit this notice of corrected signature pages for their Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss for Failure to State a Claim and Certificate of Service which were submitted to the Court on Friday, March 23, 2007. Due to a clerical error the signatures pages were inadvertently omitted from the filing.

DATED: March 26, 2007        Respectfully Submitted,

_[signature]_

Thomas A. Reed (D.C. Bar No. 435258)
Jonathan Smith (D.C. Bar No. 500145)
Jenée Desmond-Harris
Kirkpatrick & Lockhart Preston Gates Ellis
1735 New York Ave., N.W., Suite 500
Washington, DC 200006
Tel: 202-661-1700 / Fax: 202-331-1024
thomas.reed@klgates.com


Robert M. Bruskin (D.C. Bar No. 164293)
Isabelle M. Thabault (D.C. Bar No. 318931)
Washington Lawyers' Committee
For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: 202-319-1000 / Fax: 202-319-1010
bob_Bruskin@washlaw.org
isabelle_thabault@washlaw.org

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 26, 2007, I caused a true and correct copy of the foregoing Errata Notice to be served by electronic mail and first class mail postage pre-paid on the following attorney of record:

Roger D. Luchs, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W., Suite 900
Washington, D.C. 20036-5606
rdl@gdllaw.com

Thomas A. Reed (D.C. Bar No. 435258)
Kirkpatrick & Lockhart Preston Gates Ellis
1735 New York Ave., N.W., Suite 500
Washington, DC 200006
Tel: 202-661-1700 / Fax: 202-331-1024
thomas.reed@klgates.com

3

## CONCLUSION

Based on the foregoing, Plaintiffs respectfully request that this Court deny Defendant's Motion to Dismiss For Failure to State a Claim.

Respectfully Submitted,

Thomas A. Reed (D.C. Bar No. 435258)
Jonathan Smith (D.C. Bar No. 500145)
Jenée Desmond-Harris
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1735 New York Ave., N.W., Suite 500
Washington, DC 20006
Tel: 202-661-1700 / Fax: 202-331-1024
thomas.reed@klgates.com

Robert M. Bruskin (D.C. Bar No. 164293)
Isabelle M. Thabault (D.C. Bar No. 318931)
Washington Lawyers' Committee
For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: 202-319-1000 / Fax: 202-319-1010
bob_Bruskin@washlaw.org
isabelle_thabault@washlaw.org

DATED: March 23, 2007

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2007, I caused a true and correct copy of the foregoing Plaintiff's Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss for Failure to State a Claim to be served electronically and by first class mail postage prepaid on the following attorney of record:

Roger D. Luchs, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W., Suite 900
Washington, D.C. 20036-5606
rdl@gdllaw.com

Thomas A. Reed (D.C. Bar No. 435258)
Jonathan Smith (D.C. Bar No. 500145)
Jenée Desmond-Harris
Kirkpatrick & Lockhart Preston Gates Ellis
1735 New York Ave., N.W., Suite 500
Washington, DC 200006
Tel: 202-661-1700 / Fax: 202-331-1024
thomas.reed@klgates.com