UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARAH BOURBEAU, et al.

    Plaintiffs,

v.

THE JONATHAN WOODNER CO.,

    Defendant.

Case No. 1:07CV00164
Judge: Paul L. Friedman

## NOTICE OF APPEARANCE

Please note the appearance of Roger D. Luchs, Esq. for Defendant, The Jonathan Woodner Co. in the above referenced matter. In accordance with LCvR 83.6 of the United States District Court for the District of Columbia, I certify that I am a member of the bar of the District of Columbia (Bar No. 347609) and the bar of the United States District Court for the District of Columbia. I am in good standing within the legal profession.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: April 2, 2007

_____
Roger D. Luchs, #347609
Richard W. Luchs, #243931
William C. Casano, #352492
1620 L Street, N.W.
Suite 900
Washington, D.C. 20036
Telephone: (202) 452-1400

Counsel for Defendant

310468

LAW OFFICES
GREENSTEIN DELORME & LUCHS, P.C.
1620 L STREET, N.W.
SUITE 900
WASHINGTON, D.C. 20036-5605
AREA CODE 202-452-1400