AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| | | |
|---|---|---|
| **RETURN OF SERVICE** | | |
| Service of the Summons and complaint was made by me[1] | DATE | 2-1-07 @ 11:14 A.M. |
| NAME OF SERVER *(PRINT)* OTIS OSBORNE | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: The Jonathan Woodner Co c/o CT Corp System at 111 Eigth Ave. NYC 10001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Sati Jurian, Supervisor, Black Female,

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

State of County of N.Y.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/6/07

Signature of Server

OTIS OSBORNE # 87039

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.