AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Sarah Bourbeau; Equal Rights Center

**SUMMONS IN A CIVIL CASE**

V.

The Jonathan Wooder Co.

CASE NUMBER   1:07CV00164

CA   JUDGE: Paul L. Friedman

DECK TYPE: Civil Rights (non-employm

DATE STAMP: 01/23/2007

TO: (Name and address of Defendant)

The Jonathan Woodner Co.
745 5th Avenue, 9th Floor
New York, NY 10151

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert M. Bruskin, Esq.
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, DC 20036
(202) 319-1000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN 2 3 2007
CLERK                                        DATE

By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2-1-07 @ 11:14 A.M. |
| NAME OF SERVER (PRINT) OTIS OSBORNE | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: The Jonathan Woodner Co c/o CT Corp System At 111 Eigth Ave. NY/c 10001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Satti Jiriam, Supervisor, Black Female,

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

State of County of N.Y.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/6/07
Date

Signature of Server
OTIS OSBORNE # 87039

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.