UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH BOURBEAU, et al.,  )<br>  )<br>       Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>THE JONATHAN WOODNER CO.,  )<br>  )<br>       Defendant.  )<br>  )<br>  )<br>_____ ) | Case No. 1:07CV00164<br><br>Judge: Paul L. Friedman |

## NOTICE OF CHANGE OF ADDRESS

The Clerk will please acknowledge the change in address of Counsel for Plaintiffs Kirkpatrick & Lockhart Preston Gates Ellis LLP to the address below:

Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street NW
Washington, DC 20006-1600
Tel: 202-778-9000
Fax: 202-778-9100

Respectfully Submitted,

_____
Thomas A. Reed (D.C. Bar No. 435258)
Jonathan Smith (D.C. Bar No. 500145)
Jenée Desmond-Harris
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street NW
Washington, D.C. 20006-1600
Tel: 202-778-9000

*Counsel for Plaintiffs*

June 6, 2007

## CERTIFICATE OF SERVICE

      I, Craig Gaver, hereby certify that, on June 6, 2007, I caused the preceding Notice of Change of Address to be served via e-mail to the following parties:

Richard W. Luchs
GREENSTEIN DELORME & LUCHS, PC
1620 L Street, NW
Suite 900
Washington, DC 20036
(202) 452-1400
Fax: (202) 452-1410
Email: rwl@gdllaw.com

Roger David Luchs
GREENSTEIN, DELORME & LUCHS, LLC
1620 L Street, NW
Suite 900
Washington, DC 20036
(301) 452-1400
Fax: (301) 258-4575
Email: rdl@gdllaw.com

_____
Craig Gaver