UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
SARAH BOURBEAU, *et al.*,           )
                                    )
    Plaintiffs,                   )
                                    )
    v.                            )    Civil Action No. 07-0164
                                    )
THE JONATHAN WOODNER CO.,           )
                                    )
    Defendant.                    )
_____)

## ORDER

This matter is before the Court on defendant's motion to dismiss for failure to state a claim upon which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Upon consideration of the papers submitted in connection with this matter, it is hereby

ORDERED that defendant's motion to dismiss [2] is GRANTED in part and DENIED in part; it is

FURTHER ORDERED that all of plaintiff Equal Rights Center's claims based on events that occurred before April 25, 2005 are DISMISSED; it is

FURTHER ORDERED that plaintiff Sarah Bourbeau's claims and any claims of plaintiff Equal Rights Center based on events that occurred after April 25, 2005 are not dismissed. An Opinion explaining the Court's reasoning will follow; and it is

FURTHER ORDERED that a status conference shall be had in this case on April 22, 2008 at 9:00 a.m.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: March 31, 2008