UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARAH BOURBEAU, et al.,

    Plaintiffs,

v.

THE JONATHAN WOODNER CO.,

    Defendant.

Case No. 1:07CV00164 (PLF)
Judge: Paul L. Friedman

## ANSWER OF THE JONATHAN WOODNER, CO.

### First Defense

The Complaint fails to state a claim for which relief may be granted.

### Second Defense

Plaintiffs lack standing to pursue their claims.

### Third Defense

Plaintiffs claims are barred by the statutes of limitation and/or laches.

### Fourth Defense

Plaintiffs have failed to mitigate their damages.

### Fifth Defense

Plaintiffs have waived, or are otherwise estopped from pursuing their claims.

### General Defenses

In response to the specifically-enumerated paragraphs of the complaint, defendant the Jonathan Woodner co. ("Woodner") answers as follows:

1. Woodner is not required to respond to the averments in Paragraph 1.

2. The first sentence is admitted. The second is denied.

3. Woodner has no knowledge of information regarding the truth of the averment in Paragraph 3.

4. Woodner is without knowledge or information regarding the truth of all the averments in Paragraph 4, but denies that it has frustrated Equal Rights Center's ("ERC") mission.

5. Woodner admits the truth of the averments in Paragraph 5 regarding revokation and reinstatement ERC charter. The remainder of ERC's averments address a legal question to which Woodner is not required to respond.

6. ERC's averments in Paragraph 6 address a legal question to which Woodner is not required to respond.

7. Woodner is without knowledge or information as to the truth of the factual averments in Paragraph 7.

8. Woodner admits the averments in Paragraph 8, except for the last sentence regarding the amount in controversy, for which it has no knowledge or information.

9. Admitted.

10. Denied, except as to the general description of the housing choice voucher program.

11. Admitted, except as to whether the housing choice voucher program is the largest assisted housing program administered by HUD, about which Woodner has no knowledge or information.

12. Admitted.

13. Denied.

14. Woodner is not required to respond to the averments in Paragraph 14.

15. Woodner is without knowledge or information regarding ERC's current operations.

16. Woodner is without knowledge or information regarding ERC's current operations.

17. Denied.

18. Woodner is without knowledge or information as to the truth of the averments in Paragraph 18.

19. Woodner is without knowledge or information as to the truth of the averments in Paragraph 19.

20. Woodner is without knowledge or information as to the truth of the averments in Paragraph 20.

21. Woodner is without knowledge or information as to the truth of the averments in Paragraph 21.

22. Woodner is without knowledge or information as to the truth of the averments in Paragraph 22.

23. Woodner is without knowledge or information as to the truth of the averments in Paragraph 23.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

4278\24\338003

31. Denied.

32. Woodner is not required to respond to the averments in Paragraph 32.

33. Denied.

34. Woodner answers that the D.C. Human Rights Act speaks for itself.

35. Woodner answers that the D.C. Human Rights Act speaks for itself.

36. Denied.

37. Denied.

38. Woodner is not required to answer Paragraph 38.

39. Denied.

40. Denied.

41. Denied.

Wherefore, Woodner requests that judgment be entered in its favor, and that it be awarded its cost.

Dated: May 27, 2008

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

/s/
Roger D. Luchs, #347605
William C. Casano, #352492
1620 L Street, N.W., Suite 900
Washington, DC 20036-5605
Telephone: (202) 452-1400

Counsel for Defendant The Jonathan Woodner Co.

4278\24\338003