UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH BOURBEAU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE JONATHAN WOODNER CO., <br><br> Defendant. | Case No. 1:07CV00164 (PLF) <br> Judge: Paul L. Friedman |

**DEFENDANT THE JONATHAN WOODNER CO.**
**INITIAL DISCLOSURES**

Defendant in the above-captioned proceeding, by and through their undersigned counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby provide the following initial disclosures.

A.     **Rule 26(a)(1)(A) Disclosure: Individuals and Entities**

Defendant's initial disclosures, like Plaintiffs', are made without the benefit of any discovery. Defendant also therefore, reserves its right to amend these disclosures. Further, Defendant has moved for summary judgment against Plaintiff ERC. If that motion is granted, certain information provided herein may be deemed superfluous. Defendant believe that the following individuals are likely to have discoverable information that Defendant may use in defense of this case.

1.     Woodner Personnel

(1)     Scott Kessler, Chief Financial Officer, The Jonthan Woodner Co.;

(2)     Joseph Milby, General Manager, The Woodner Apartment Building;

(3)     Livia Hall – Accounts Manager;

(4)     Kendra Cooper – Leasing Agent;

4278\24\339401

      (5)      Xemena Edlen – Leasing Agent; and

      (6)      Individuals identified by Plaintiffs in the course of discovery as Woodner employees who advised Ms. Bourbeau (and, if any claim of ERC survives, its tester(s)) that Woodner does not accept Section 8 vouchers.

*Address and telephone numbers*: To be contacted only through Defendants' counsel.

*Subject of discoverable information*: These persons have knowledge of Woodner's policy of accepting Section 8 voucher holders as tenants program; knowledge of facts relevant to specific instances in which Defendant refused to provide housing to individuals seeking to pay rent using housing choice vouchers, and knowledge of inquiries received and applications received by individuals who expressed an interest in using housing choice vouchers. These persons also have knowledge of Defendant's leasing policies and fair housing training.

    2.    ERC personnel

Rabbi Bruce Kahn
Donald Kahl
Daniel Sullivan
Jessica Lightfoot

*Address and telephone numbers*: To be contacted only through counsel for Plaintiffs.

*Subject of discoverable information*: Knowledge of facts relevant to the ERC's corporate structure and history, its programmatic efforts to advance fair housing and public accommodations initiatives, and its mission to provide guidance, information and assistance to protected individuals who are seeking housing; knowledge of facts relevant to the ERC's conduct of fair housing tests targeting Defendants' discriminatory practices; knowledge of facts relevant to specific instances in which Defendant refused to provide housing to individuals seeking to pay rent using housing choice vouchers; knowledge of facts relevant to how Defendant's discriminatory conduct frustrated the ERC's mission to provide guidance,

2

information and assistance to protected individuals who are seeking housing; and knowledge of the facts relevant to how the ERC has been damaged by Defendant's discriminatory conduct and the extent to which the ERC has been so damaged.

    3.     Sarah Bourbeau

*Address and telephone numbers*: To be contacted only through counsel for Plaintiffs.

*Subject of discoverable information*: Knowledge of the facts relevant to Ms. Bourbeau's communications and contacts with the defendant and its apartment complex at 3636-3640 16th Street, N.W., in Washington, DC; knowledge of the facts relevant to Defendant's denial of Ms. Bourbeau's request for housing based on the source of her income, and knowledge of the facts relevant to how Ms. Bourbeau suffered damages as a result of Defendant's discriminatory conduct and the extent to which she has been damaged

    4.     Agents, employees and representatives of the Plaintiffs, including ERC's testers.

*Address and telephone numbers*: To be contacted only through counsel.

*Subject of discoverable information*: Knowledge of the facts relevant to the allegations in the Complaint and also the denials, claims, allegations and affirmative defenses stated in Defendant's Answer to the Complaint; knowledge of the history and facts relevant to.

    **B.**     **Rule 26(a)(1)(B) Disclosure: Documents**

The following documents are in the possession, custody, or control of Defendant and may be used by Defendants to support their claims: Woodner's leasing records evidencing tenants at the Woodner who are assisted under the Section 8 voucher program; Woodner's records pertaining to applications for tenancy; documents, if any, evidencing phone calls or other communications received from possible applicants for tenancy in April, 2005; the identities of personnel engaged in leasing at the Woodner in April, 2005. Documents regarding prior Section 8 claims made by Ms. Bourbeau.

4278\24\339401

C.  **Rule 26(a)(1)(C) Disclosure: Damage Computation**

Not applicable.

D.  **Rule 26(a)(1)(D) Disclosure: Insurance**

Woodner does not have insurance coverage applicable to Plaintiffs' claims.

Respectfully submitted,

GREENSTEIN DELORME & LUCHS, P.C.

Dated: June 13, 2008

*/s/ Roger D. Luchs*

Roger D. Luchs, #347605
William C. Casano, #352492
1620 L Street, N.W., Suite 900
Washington, DC 20036-5605
Telephone: (202) 452-1400

Counsel for Defendant The Jonathan Woodner Co.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2008, I caused a true and correct copy of the foregoing Defendant The Jonathan Woodner Initial Disclosures to be served electronically and by first class mail postage prepaid on the following attorney of record:

Roger D. Luchs