IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH BOURBEAU, et al. )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>THE JONATHAN WOODNER CO., )<br> )<br> )<br> )<br>    Defendant. )<br> ) | Civil Action No. 1:07CV00164<br>Judge: Paul L. Friedman |

**PLAINTIFFS' INITIAL DISCLOSURES**

Sarah Bourbeau and the Equal Rights Center ("ERC"), Plaintiffs in the above-captioned proceeding, by and through their undersigned counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure, hereby provide the following initial disclosures.

**A. Rule 26(a)(1)(A) Disclosure: Individuals and Entities**

Plaintiffs' initial disclosures are made without the benefit of any discovery. Plaintiffs therefore reserve their right to amend these disclosures. At this time, in advance of discovery, Plaintiffs believe that the following individuals are likely to have discoverable information that Plaintiffs may use to support their claims:

  1. ERC Fair Housing Testers

David Alpher
Maxine McCall
Mona McClellan
Tippy Rutheford

*Address and telephone numbers:* To be contacted only through Counsel for Plaintiffs.

*Subject of discoverable information:* Knowledge of facts relevant to the ERC's testing

program; knowledge of facts relevant to specific instances in which Defendant refused to provide housing to individuals seeking to pay rent using housing choice vouchers.

    2. ERC personnel

Rabbi Bruce Kahn
Donald Kahl
Daniel Sullivan
Jessica Lightfoot

*Address and telephone numbers:* To be contacted only through counsel for Plaintiffs.

*Subject of discoverable information:* Knowledge of facts relevant to the ERC's corporate structure and history, its programmatic efforts to advance fair housing and public accommodations initiatives, and its mission to provide guidance, information and assistance to protected individuals who are seeking housing; knowledge of facts relevant to the ERC's conduct of fair housing tests targeting Defendants' discriminatory practices; knowledge of facts relevant to specific instances in which Defendant refused to provide housing to individuals seeking to pay rent using housing choice vouchers; knowledge of facts relevant to how Defendant's discriminatory conduct frustrated the ERC's mission to provide guidance, information and assistance to protected individuals who are seeking housing; and knowledge of the facts relevant to how the ERC has been damaged by Defendant's discriminatory conduct and the extent to which the ERC has been so damaged.

    3. Sarah Bourbeau

*Address and telephone numbers:* To be contacted only through counsel for Plaintiffs.

*Subject of discoverable information:* Knowledge of the facts relevant to Ms. Bourbeau's communications and contacts with the Defendant and its apartment complex at 3636-3640 16th Street, NW, in Washington, DC; knowledge of the facts relevant to

Defendant's denial of Ms. Bourbeau's request for housing based on the source of her income; and knowledge of the facts relevant to how Ms. Bourbeau suffered damages as a result of Defendant's discriminatory conduct and the extent to which she has been damaged.

    4.  Agents, employees and representatives of the Defendant.

*Subjects of discoverable information:* Knowledge of the facts relevant to the allegations in the Complaint and also the denials, claims, allegations and affirmative defenses stated in Defendant's Answer to the Complaint; knowledge of the history and facts relevant to Defendant's policies and practices regarding the accommodation of individuals seeking housing who are housing choice voucher holders; knowledge of the specific facts relevant to instances in which Defendant has provided housing to/ denied housing to individuals seeking to pay rent with housing choice vouchers; and knowledge of Defendant's document retention policies and practices regarding information about actual and prospective tenants.

    B.  **Rule 26(a)(1)(B) Disclosure: Documents**

The following documents are in the possession, custody, or control of Plaintiffs and may be used by Plaintiffs to support their claims: the ERC's testing files and records related to tests conducted by ERC testers as to whether or not Defendant accepted housing choice vouchers.  Plaintiffs are currently assessing whether or not they possess electronically stored information relevant to the instant dispute.

    C.  **Rule 26(a)(1)(C) Disclosure: Damage Computation**

Plaintiff Sarah Bourbeau's request for damages is based on Defendant's discriminatory refusal to conduct a transaction in real property based on the source of her

income, her costs related to securing alternative housing, and the mental and emotional distress she suffered as a result of Defendant's discriminatory conduct.

Plaintiff ERC's request for damages is similarly based on Defendant's discriminatory refusal to offer housing to housing choice voucher holders based on source of income and thereby Defendant has interfered and will continue to interfere with ERC's mission, efforts, and programs that are intended to bring about equality of opportunity in housing. The ERC's efforts to counteract Defendant's discriminatory conduct have diverted and continue to divert resources from other planned anti-discrimination programs.

As discovery continues, Plaintiffs will supplement these disclosures to show the extent and amounts of specific damages they have suffered.

### D. **Rule 26(a)(1)(D) Disclosure: Insurance**

Plaintiffs, at this time, are not aware of any insurance agreement under which any persons carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in favor of Plaintiffs or to indemnify or reimburse Defendant for payments to satisfy a potential judgment against it.

        __/s/_Thomas A. Reed_____
Thomas A. Reed (D.C. Bar No. 435258)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street NW
Washington, DC 200006-1600
Tel: 202-661-3713 / Fax: 202-331-1024
thomas.reed@klgates.com

Robert M. Bruskin (D.C. Bar No. 164293)
Isabelle M. Thabault (D.C. Bar No. 318931)
Washington Lawyers' Committee
For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: 202-319-1000 / Fax: 202-319-1010
Bob_Bruskin@washlaw.org
Isabelle_thabault@washlaw.org

Dated:  June 12, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2008, I caused a true and correct copy of the foregoing initial disclosures to be served electronically and by first class mail postage prepaid on the following attorney of record:

Roger D. Luchs, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street, N.W., Suite 900
Washington, D.C. 20036-5606
rdl@gdllaw.com


                                                  /s/ Thomas A. Reed
                                                  Thomas A. Reed