UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH BOURBEAU, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 07-0164 (PLF) |
| ) | |
| THE JONATHAN WOODNER CO., ) | |
| ) | |
| Defendant. ) | |

ORDER

Both parties recently filed with the Court their disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. As the Federal and Local Rules make clear, however, discovery material is not to be filed with the Court unless so ordered. See FED. R. CIV. P. 26(a)(4); L. CIV. R. 5.2(a). Accordingly, it is hereby

ORDERED that plaintiff shall cease filing discovery with the Court.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 18, 2008