IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH BOURBEAU<br><br>EQUAL RIGHTS CENTER<br><br>      Plaintiffs,<br><br>      v.<br><br>THE JONATHAN WOODNER CO.<br><br>      Defendant. | )<br>)<br>)<br>)  Civil Action No: 1:07CV00164<br>)  Judge: Paul L. Friedman<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONSENT MOTION FOR EXTENSION

Plaintiffs, by their undersigned counsel, hereby respectfully move for a revision of the schedule to provide that their Opposition to Defendant's Motion for Summary Judgment will be filed with the Court no later than July 11, 2008.

1. The June 20, 2008 Scheduling Order issued by this Court provides that Plaintiffs' Opposition to Defendant's Motion for Summary Judgment is due on July 2, 2008.

2. Defendant's Motion for Summary Judgment was filed on June 2, 2008.

3. Plaintiffs request an extension providing that their Opposition will be due on Friday, July 11, 2008.

4. This extension is necessary to allow coordination between counsel for Plaintiffs by accommodating conflicting schedules and other press of counsel's work.

5. Pursuant to Local Rule 7(m), counsel for the parties have consulted regarding this motion and Defendant's counsel consented to the relief requested.

WHEREFORE, Plaintiffs request that the filing deadline for their Opposition to Defendant's Motion for Summary Judgment will be extended until July 11, 2008.

Respectfully Submitted,

__/s/_Thomas A. Reed_____
Thomas A. Reed (D.C. Bar No. 435258)
Kirkpatrick & Lockhart Preston Gates Ellis LLP
1601 K Street NW
Washington, DC 200006-1600
Tel: 202-661-3713 / Fax: 202-331-1024
thomas.reed@klgates.com

Robert M. Bruskin (D.C. Bar No. 164293)
Isabelle M. Thabault (D.C. Bar No. 318931)
Washington Lawyers' Committee
For Civil Rights and Urban Affairs
11 Dupont Circle, N.W., Suite 400
Washington, D.C. 20036
Tel: 202-319-1000 / Fax: 202-319-1010
Bob_Bruskin@washlaw.org
Isabelle_thabault@washlaw.org

*Counsel for Plaintiffs, Sarah Bourbeau and The Equal Rights Center*

Dated:  June 23, 2008

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing Consent Motion for Extension was served this 23rd day of June, 2008, by ECF filing and first class mail upon:

Roger D. Luchs, Esq.
Greenstein DeLorme & Luchs, P.C.
1620 L Street NW, Suite 900
Washington, D.C. 20036-5606
rdl@gdlaw.com

                                                         /s/ Thomas A. Reed
                                                         Thomas A. Reed

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH BOURBEAU <br><br> EQUAL RIGHTS CENTER <br><br> Plaintiffs, <br><br> v. <br><br> THE JONATHAN WOODNER CO. <br><br> Defendant. | Civil Action No: 1:07CV00164 <br> Judge: Paul L. Friedman |

**ORDER**

Upon consideration of the Consent Motion for Extension of time to respond to Defendant's Motion for Summary Judgment, and for good cause having been shown, it is this ___ day of June, 2008, hereby

ORDERED that the Consent Motion for Extension of time to respond to Defendant's Motion for Summary Judgment is GRANTED; and it is further

ORDERED that Plaintiffs shall have until Friday, July 11, 2008, to file their Opposition to Defendant's Motion for Summary Judgment.

_____
Hon. Paul L. Friedman
United States District Judge